**Order entered March 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00606-CR

**JT WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-76083-Y**

## ORDER

The reporter's record, originally due September 4, 2018, has been filed. In light of this, we **VACATE** that portion of our March 13, 2019 order that ordered Vearneas Faggett not sit as a court reporter.

Ms. Faggett has also been ordered not to sit in appellate number 05-18-00640-CR, styled Jones v. State. Because the reporter's record in that appeal has not been filed, that order remains in force.

We **DIRECT** the Clerk to send copies of this order to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; to the Honorable Lela Lawrence Mays, Presiding Judge, 283rd Judicial District Court; Vearneas Faggett, official court reporter, 283rd Judicial District Court; to the Dallas County Auditor's Office; and to counsel for all parties.

Appellant's brief in this appeal is due April 15, 2019.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE